1 | CANDACE A. FRY
CA Bar No. 68910
2 | 2401 Capitol Avenue
Sacramento, CA  95816
3 | Telephone:  (916) 446-9322
FAX:  (916) 446-0770
4 |
Attorney for AURELIANO CASTILLO-SANCHEZ,
5 | Defendant

6

7

8 |                     IN THE UNITED STATES DISTRICT COURT

9 |                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                )      No. 2:04-cr-00194-FCD
                                          )
12 |                  Plaintiff,             )      **APPLICATION FOR WRIT OF HABEAS**
                                          )      **CORPUS AD PROSEQUENDUM AND**
13 |         v.                             )      **ORDER ISSUING WRIT**
                                          )
14 | AURELIANO CASTILLO-SANCHEZ              )
                                          )
15 |                  Defendant.            )
                                          )
16 |  _____    )

17 |

18 |         The defendant, Aureliano Castillo-Sanchez, by and through his attorney, hereby applies

19 | to the Court for the issuance of a writ of habeas corpus ad prosequendum.

20 |         The defendant is presently in the custody of the Bureau of Prisons at Big Spring

21 | Correctional Institution, Flightline Unit, 2001 Rickabaugh Drive, Big Spring, Texas,  under

22 | registration No. 15126-097.   A petition alleging the defendant's violation of supervised release

23 | was lodged herein resulting in this Court's issuance of an arrest warrant on February 15, 2008,

24 | and the United States Marshals Service lodging a detainer with the Bureau of Prisons.  By his

25 | pro se motion filed herein on September 14, 2009, the defendant sought to dismiss the arrest

26 | warrant.  By his letter to this Court filed herein on April 12, 2009, the defendant sought the

27 | status of his motion and asked to resolve the violation petition without further delay.  Thereafter

28 | this Court referred the matter to the Office of the Federal Defender to obtain counsel for the

-1-

1   defendant.  This application is now brought to afford the defendant an opportunity to promptly

2   answer and resolve the pending petition.  His appearance in this District is necessary forthwith.

3

4   Dated:  September 15, 2010

                                                    Respectfully submitted,

5

6                                                   /s/
                                                    CANDACE A. FRY,  Attorney for

7                                                   AURELIANO CASTILLO-SANCHEZ,
                                                    Defendant

8

9

10                          ORDER ISSUING WRIT OF HABEAS CORPUS

11

12          The above application is hereby granted and a writ of habeas corpus ad

13  prosequendum is hereby issued.  The Bureau of Prisons and the United States Marshals

14  Service for this District are hereby ordered to produce the above-named detainee forthwith at

15  the District Court for the Eastern District of California in Sacramento and at any further

16  proceedings to be had in this matter.  At the conclusion of the proceedings, the Marshals

17  Service shall return the detainee to the Bureau of Prisons.

18          The Clerk of the Court shall serve this writ forthwith on the Marshals Service and on the

19  warden or other designate of the Bureau of Prisons at the institution where the defendant is

20  presently housed.

21

22  Dated:  September 16, 2010

23                                                  /s/ Kendall J. Newman
                                                    KENDALL J. NEWMAN

24                                                  UNITED STATES MAGISTRATE JUDGE

25

26

27

28